KERR STEAMSHIP CO., INC., ET AL. *v.*
UNITED STATES ET AL.

No. 29.  Decided April 9, 1962.

*Herman Goldman, Elkan Turk* and *Elkan Turk, Jr.* for petitioners.

*Solicitor General Cox* and *Robert E. Mitchell* for respondents.

PER CURIAM.

Upon the respondents' suggestion of mootness, the petition for writ of certiorari is granted and the judgment of the Court of Appeals is vacated.  The case is remanded to that court with instructions to dismiss the petition for review as moot.